

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00269-CV

Christopher **GARCIA** and Patrick Mendoza,
Appellants

v.

Ronald E. **BRUNO**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ000699 D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellants' motions to dismiss are GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellants.

SIGNED June 3, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice